## FRED ANDERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Fred Anderson's petition for certification for appeal from the Appellate Court, 95 Conn. App. 901 (AC 26439), is denied.

*Owen Chase,* special public defender, in support of the petition.

*Lawrence J. Tytla,* senior assistant state's attorney, in opposition.

Decided June 7, 2006

## SCOTT SWIMMING POOLS, INC. *v.* TOWN OF CANAAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 26200) is denied.

*Bruce L. Elstein,* in support of the petition.

*Judith Dixon,* in opposition.

Decided June 7, 2006

## BENJAMIN REID *v.* COMMISSIONER OF CORRECTION

The petitioner Benjamin Reid's petition for certification for appeal from the Appellate Court, 93 Conn. App. 95 (AC 24947), is denied.

*Jeffrey C. Kestenband,* in support of the petition.

Decided June 14, 2006